**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| | * | **CIVIL ACTION NO. 22-2398** |
| **LOUISIANA CORRAL MANAGEMENT, LLC,** | * | |
| **Plaintiff** | * | **SECTION "I"(2)** |
| | * | |
| **VERSUS** | * | **JUDGE AFRICK** |
| | * | |
| **AXIS SURPLUS INSURANCE COMPANY** | * | **MAGISTRATE CURRAULT** |
| **Defendant.** | * | |
| | * | **A JURY IS DEMANDED** |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

**EX PARTE MOTION FOR EXPEDITED CONSIDERATION ON JOINT MOTION TO QUASH SUBPOENAS DUCES TECUM**

**NOW INTO COURT**, through undersigned counsel nonparties, Provencher & Company, LLC, North American Risk Services, Inc., and J.S. Held, LLC, and Defendant, AXIS Surplus Insurance Company, who respectfully move this Honorable Court for an order setting their Motion to Quash the Subpoenas Duces Tecum issued to North American Risk Services, J.S. Held, LLC, and Provencher [R. Doc. 52] for expedited consideration.

The subpoenas at issue, which are dated January 3, 2023 and January 11, 2023, set return dates for January 13, 2023 and January 30, 2023.[1] The Motion to Quash is currently set for submission before this Honorable Court on February 1, 2023.[2] As this was the earliest hearing date available, nonparties and Defendant were unable to set their Motion to Quash for hearing prior to the date on which the nonparties must produce the records requested pursuant to the subpoenas and beyond the discovery deadline of January 13, 2023.[3]

For these reasons, good cause exists for this Court to hear the Motion to Quash on an expedited basis.

---

[1] R. Doc. 52, at Exhibits A-D.
[2] R. Doc. 52.
[3] R. Doc. 13.

**WHEREFORE,** nonparties, Provencher & Company, LLC, North American Risk Services, Inc., and J.S. Held, LLC, and Defendant, AXIS Surplus Insurance Company, pray this Honorable Court grant the Ex Parte Motion for Expedited Consideration of their Motion to Quash the Subpoenas Duces Tecum and issue an Order setting the Motion to Quash for expedited hearing.

Respectfully submitted,

PERRIER & LACOSTE, L.L.C.

/s/ *Nathan M. Gaudet*

**GUY D. PERRIER (#20323)**
**NATHAN M. GAUDET (#30514)**
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana 70130
Telephone: (504) 212-8820
Facsimile: (504) 212-7285
Email: gperrier@perrierlacoste.com
Email: ngaudet@perrierlacoste.com

**/s/ E. Madison Barton**

**KYLE P. KIRSCH (Bar No. 26363)**
**E. MADISON BARTON (Bar No. 36719)**
**SARA L. BRASLOW (Bar No. 38815)**
**WANEK KIRSCH DAVIES LLC**
1340 Poydras Street, Suite 2000
New Orleans, LA 70112
Telephone: 504 324-6493
Facsimile: 504-324-6626
***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, facsimile transmission, ECF system, or electronic mail, on this 13th day of January, 2023, at their last known address of record.

/s/ *Nathan M. Gaudet*

Nathan M. Gaudet